UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| MUHARREM BALKANLI,<br><br>Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, KRISTI NOEM, US DHS, US ICE, MIAMI CORRECTIONAL FACILITY, BUFFALO FEDERAL DETENTION FACILITY, and ALL OTHER DETENTION FACILITIES IN NATION OF USA,<br><br>Respondents. | CAUSE NO. 3:26cv366 DRL-SJF |

ORDER

Muharrem Balkanli, an immigration detainee representing himself, seeks leave to proceed *in forma pauperis* on appeal. "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). An appeal is taken in good faith if "a reasonable person could suppose that the appeal has some merit." *Walker v. O'Brien*, 216 F.3d 626, 632 (7th Cir. 2000).

As explained in the court's May 15, 2026 order, Mr. Balkanli's could not file a class action habeas on behalf of other immigration detainees, nor could he challenge the adequacy of any notice to appeal, pending removal charges, or removal orders in a habeas petition. Further, the court found that his claims regarding an allegedly unlawful arrest had no plausible basis in fact and would not result in his release from detention

anyway. The court, therefore, dismissed without prejudice the class action claims and any claims relating to removal proceedings and denied the rest of the petition.

In his motion for leave to appeal *in forma pauperis*, it appears Mr. Balkanli is challenging the court's ruling on the alleged warrantless arrest and alleged invalid warrant. Based on the documents in the record, no reasonable person could suppose that the administrative warrant for his arrest was invalid, forged, or otherwise false. A review of the court's order does not reveal any close issues. The court sees no good faith basis to challenge the dismissal and denial of the habeas petition.

For the reasons set forth more fully in this court's order denying the petition, the court CERTIFIES the appeals (Nos. 26-2257, 26-2359) are not taken in good faith and DENIES the motions for leave to proceed *in forma pauperis* on appeal (ECF 29, ECF 35).

SO ORDERED.

November 24, 2026

*s/ Damon R. Leichty*
Judge, United States District Court